IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT WAYNE EVERAGE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   14-2463 |
| NATIONAL RECOVERY AGENCY, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this *11th* day of *March*, 2015, upon consideration of Plaintiff Brett Wayne Everage's Motion for Leave to File an Amended Complaint (Docket No. 14), Defendant NRA Group, LLC's Response in Opposition (Docket No. 17), Plaintiff's Reply Brief (Docket No. 18), and Defendant's Sur-reply Brief (Docket No. 21), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.